Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 5 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN THOMAS GENTEMANN,<br><br>Defendant. | 2:21-CR-50-WFN<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 117<br>Domestic Assault by a Habitual Offender Resulting in Substantial Bodily Injury<br>(Count 1)<br><br>18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury to an Intimate Partner in Indian Country<br>(Count 2)<br><br>18 U.S.C. § 111(a)(1), (b)<br>Assault on a Federal Officer<br>(Count 3) |

The Grand Jury charges:

COUNT 1

On or about March 4, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian country, the

INDICTMENT – 1

Defendant, JUSTIN THOMAS GENTEMANN, did intentionally assault L.M.G., an intimate partner and dating partner who was similarly situated to a spouse of the Defendant, resulting in substantial bodily injury to L.M.G., and the Defendant committed this domestic assault after having a final conviction, on at least two separate prior occasions, in state and Indian tribal court proceedings for offenses that would be, if subject to federal jurisdiction, any assault, sexual abuse, and serious violent felony against a spouse and intimate partner, all in violation of 18 U.S.C. § 117.

## COUNT 2

On or about March 4, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian country, the Defendant, JUSTIN THOMAS GENTEMANN, an Indian, did intentionally assault L.M.G., resulting in serious bodily injury to L.M.G., all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

## COUNT 3

On or about March 4, 2021, in the Eastern District of Washington, the Defendant, JUSTIN THOMAS GENTEMANN, did forcibly assault, resist, oppose, impede, intimidate, or interfere with Officer M.S., a Special Law Enforcement Commissioned Officer of the Bureau of Indian Affairs, while Officer M.S. was engaged in, and on account of Officer M.S.'s performance of, his official duties,

INDICTMENT – 2

and in doing so, the Defendant inflicted bodily injury upon Officer M.S., all in violation of 18 U.S.C. § 111(a)(1) and (b).

DATED this 5 day of May 2021.

A TRUE BILL

*[signature]*
Foreperson

*[signature]*
Joseph H. Harrington
Acting United States Attorney

*[signature]*
Michael L. Vander Giessen
Special Assistant United States Attorney

INDICTMENT – 3